**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRI-DAM, | ) | 1:11-cv-01304-AWI-SAB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| | ) | DATE AND TAKING MATTER |
| v. | ) | UNDER SUBMISSION |
| | ) | |
| CHRIS KELLER; DAWN KELLER, | ) | (Doc. 18) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Tri-Dam has filed a motion for summary judgment. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g).

Accordingly, the previously scheduled hearing date of January 22, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 15, 2013                                                     _____
                                                                                                       SENIOR  DISTRICT  JUDGE