# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM, | 1:11-cv-01304-AWI-SMS |
| Plaintiff, | **ORDER VACATING FUTURE DATES** |
| v. | |
| CHRIS KELLER and DAWN KELLER, | |
| Defendant. | |

The parties have filed a notice of settlement pursuant to Local Rule 160. Based on that notice of settlement, the Court hereby VACATES all future dates, including the September 29, 2014 hearing regarding motions in limine and the October 28, 2014 trial date. Given that the parties have jointly requested longer than the standard twenty-one days provided by the local rules to file dispositional paperwork, the Court will extend the deadline. The parties shall file all necessary dispositional documents within sixty days of the date of this order. See L.R. 160(b).[1]

IT IS SO ORDERED.

Dated:   September 23, 2014                                     _____
                                                                                    SENIOR DISTRICT JUDGE

---

[1] A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. See L.R. 272.

1