# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRI-DAM**, | 1:11-cv-01304-AWI-SMS |
| Plaintiff, | **ORDER DENYING TRI-DAM's MOTIONS IN LIMINE AS MOOT** |
| v. | |
| **CHRIS KELLER and DAWN KELLER**, | (Docs. 48, 49) |
| Defendant. | |

On September 8, 2014, Tri-Dam filed two motions in limine. Docs. 48, 49. On September 22, 2014, Tri-Dam filed a notice of settlement. Doc. 55. The following day, this Court vacated the hearing on motions in limine and the trial date. This Court had anticipated closing this case shortly after Plaintiff's filing of the notice of settlement. However, since that time, the parties have sought and the Court has granted several extensions of time to file dispositional documents. Because the motions in limine are still pending before this Court and because this case is not anticipated to go to trial, those motions are denied as moot. This denial is without prejudice.

IT IS SO ORDERED.

Dated:  August 14, 2015                              _____
                                                                            SENIOR DISTRICT JUDGE

1